IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY ENWERE,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES POSTAL OFFICE,<br><br>    Defendant.<br>_____/ | No. C 11-4871 CW<br><br>ORDER REGARDING SERVICE AND CONTINUING CASE MANAGEMENT CONFERENCE |

    Pro se Plaintiff Cathy Enwere filed the present lawsuit on September 30, 2011. Plaintiff has not yet filed proof of service upon Defendant United States Postal Service.

    The Court warns Plaintiff that Defendant must be served within 120 days from the date the lawsuit was filed pursuant to Federal Rule of Civil Procedure 4(m). Because the lawsuit was filed on September 30, 2011, the deadline for service is January 30, 2012. The Court orders that, by February 2, 2012, Plaintiff must file either proof of service upon Defendant or a motion for additional time in which to serve Defendant, in which she provides good cause for the failure to serve Defendant within the allowed time period.

    If Plaintiff fails to comply with this order, the Court shall dismiss this action for failure to prosecute.

1  The case management conference currently scheduled for
2  Wednesday, January 11, 2012 at 2:00 p.m. is hereby CONTINUED to
3  Wednesday, March 14, 2012 at 2:00 p.m.

4  IT IS SO ORDERED.

6  Dated:  1/6/2012                    _____
7                                       CLAUDIA WILKEN
                                        United States District Judge