# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY ENWERE,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL OFFICE,<br><br>    Defendant. | Case No.: 11-CV-4871<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE |

By Order issued January 6, 2012, Plaintiff was directed to file, no later than February 2, 2012: (1) a proof of service of the summons and complaint upon Defendant; or (2) a motion for additional time to serve Defendant based upon good cause for failure to serve within the allowed time period. As of February 15, 2012, Plaintiff has not filed either, nor has she filed any other documents since January 6, 2012.

Therefore, and pursuant to Federal Rule of Civil Procedure 4(m) this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

February 16, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**